**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| TOPOIL AB | 4:15-CV-460 (4-15-CV-460) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| M/V ORUC REIS, her engines, boilers, tackle, apparel, etc., in rem | Order, Warrant, Verified Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V ORUC REIS, in rem
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Port of Houston, Care Terminal, Wharf J5

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

George A. Gaitas
Chalos & Co., P.C.
7210 Tickner Street
Houston, Texas 77055

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

United States District Court
Southern District of Texas
FILED
FEB 23 2015
David J. Bradley, Clerk

15 FEB 20 PM
SOUTHERN DIST. S/TX
RECEIVED
UNITED STATES MARSHAL

Signature of Attorney other Originator requesting service on behalf of:
*George A. Gaitas*

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 713-574-9582
DATE: 2/20/15

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 79 | No. 79 | *Bat Lopez* | 2/20/2015 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above)
(captain refused to sign)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Care Terminal Complex
16800 Peninsula Blvd.
Houston, TX 77015

| Date | Time | |
|---|---|---|
| 2-21-15 | 11:00 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy
*David H. #3795*  David Herrera

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | N/a | | 65.00 | | TBD $0.00 |

REMARKS:

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13